UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MANAGO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY A. BEARD et al.,<br><br>　　　　　Defendants. | No.  2:13-cv-0956 MCE DAD P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed a motion for "judicial intervention." Essentially, plaintiff asks the court to screen his amended complaint and rule on his motion for appointment of counsel.  At the time plaintiff filed the pending motion, he did not have the benefit of this court's recent order screening his complaint and denying his request for appointment of counsel.  That court order, issued on September 30, 2015, renders plaintiff's pending motion moot.

　　　　Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for judicial intervention (Doc. No. 25) is denied as having been rendered moot.

Dated:  October 16, 2015

DAD:9
mana0956.ji

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1